

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:20-cr-00038 KGB |
| vs. | ) | |
| | ) | |
| JUSTIN PALMER | ) | 18 U.S.C. § 2251(a) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

*(Attempted Production of Child Pornography)*

On or about March 23, 2020, in the Eastern District of Arkansas and elsewhere, the defendant,

JUSTIN PALMER,

did attempt to employ, use, persuade, induce, entice, and coerce a minor, A.H., to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and such visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO

*(Production of Child Pornography)*

On or about April 4, 2020, in the Eastern District of Arkansas and elsewhere, the defendant,

JUSTIN PALMER,

did employ, use, persuade, induce, entice, and coerce a minor, G.L., to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and such visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE

*(Production of Child Pornography)*

On or about April 23, 2020, in the Eastern District of Arkansas and elsewhere, the defendant,

JUSTIN PALMER,

did employ, use, persuade, induce, entice, and coerce a minor, I.D., to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and such visual depiction was produced using materials that had been mailed, shipped, or transported in or

affecting interstate or foreign commerce by any means, including by computer, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Section 2251(a).

## FORFEITURE ALLEGATION

Upon conviction of any of Counts One, Two, or Three of this Indictment, the defendant, JUSTIN PALMER, shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.